Same case below, 371 Fed. Appx. 442.

**No. 10-5160. James C. Lawhorn, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6894.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 519 F.3d 1272.

**No. 10-5161. Paul W. Merritt, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6868,

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 27 So. 3d 34.

**No. 10-5162. Steven Pinder, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6850.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5163. Thomas Reyes, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6866.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 192.

**No. 10-5164. Emeregildo Roman, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 7105.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 28.

**No. 10-5166. Michael Stevenson, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 7444.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 989 A.2d 710.

**No. 10-5167. Alberto Duncan, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 253, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 7404.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 250.

**No. 10-5168. Antonio Van Cox, Petitioner v. United States.**

562 U.S. 907, 131 S. Ct. 253, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 7416.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.